

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

___

No. 07-18-00240-CV

___

IN THE INTEREST OF J.R., A CHILD

___

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. 2017-525,444, Honorable Les Hatch, Presiding

___

June 28, 2018

## ORDER OF ABATEMENT AND REMAND

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Appellant, A.D., appeals from the trial court's order of termination after de novo review. The order of termination was signed by the trial court but does not show the date of signing. Without this date, we are unable to determine whether appellant's notice of appeal was timely filed. *See* TEX. R. CIV. P. 306a(2); TEX. R. APP. P. 26.1(b).

Accordingly, we now abate this appeal and remand the cause to the trial court for entry of a judgment *nunc pro tunc* reflecting the date the trial court signed the order of termination. The trial court shall cause the judgment *nunc pro tunc* to be included in a supplemental clerk's record and cause that supplemental record to be filed with the clerk of this court no later than July 9, 2018.

It is so ordered.

Per Curiam